NO JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PREVITI, THE JAMES PREVITI FAMILY TRUST, PREVITI REALTY FUND, LP, LARRY DAY, EMPIRE PARTNERS, INC., EMPIRE RESIDENTIAL, INC., FORECAST CORPORATION, GUARDIAN COMMERCIAL REAL ESTATE, LP, GUARDIAN INVESTMENT CAPITAL, LLC, NEIL MILLER, and PAUL ROMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendant. | Case No. EDCV13-00190 DDP (OPx)<br><br>Hon. Dean D. Pregerson<br><br>**JUDGMENT** |

[PROPOSED] JUDGMENT
CASE NO. EDCV13-00190 DDP (OPx)

25868\3744303.1

The Court hereby enters final judgment in this action on Plaintiffs' second and third causes of action in favor of Defendant National Union Fire Insurance Company of Pittsburgh, Pa. and against Plaintiffs for the reasons stated in the Court's May 23, 2013 Order Denying Plaintiffs' Motion for Partial Summary Judgment and Granting Defendant's Motion for Partial Summary Judgment. *See* Docket No. 27 and Exhibit A attached hereto. Plaintiffs' first, fourth, fifth, sixth, and seventh causes of action are dismissed with prejudice in accordance with the stipulated dismissal with prejudice filed on July 19, 2013.

DATED: August 02, 2013

Hon. Dean D. Pregerson
United States District Judge